IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCIAL NAVARRO-RODRIGUEZ,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-00884 |
| v. | : | |
| | : | **(Judge Kane)** |
| **WARDEN F. GARZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 17th day of October, 2023, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania